UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21- 10046 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Abusive Sexual Contact<br>18 U.S.C. §§ 1153, 2244(b), and 2246(3) |
| RICHARD REUBEN SIMON, | |
| Defendant. | Assault of a Federal Employee<br>18 U.S.C. § 111(a) |
| | Assault with Intent to Commit Felony<br>18 U.S.C. §§ 113(a)(2) and 1153 |

The Grand Jury charges:

COUNT 1

On or about the 16th day of August, 2021, in Roberts County, in Indian country, in the District of South Dakota, the Defendant, Richard Reuben Simon, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with Tenecia Lancaster without her permission, all in violation of 18 U.S.C. §§ 1153, 2244(b), and 2246(3).

COUNT 2

On or about the 16th day of August, 2021, in the District of South Dakota, the Defendant, Richard Reuben Simon, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Tenecia Lancaster, with such acts involving physical contact, while Tenecia Lancaster was employed as a federal health care professional with the Indian Health Service, U.S. Department of

Health and Human Services, assigned to perform health care functions, while Tenecia Lancaster was engaged in the performance of her official duties, all in violation of 18 U.S.C. §111(a).

## COUNT 3

On or about the 16th day of August, 2021, in Roberts County, in Indian Country, in the District of South Dakota, the Defendant, Richard Reuben Simon, an Indian, did unlawfully assault Tenecia Lancaster, with the intent to commit a felony, that is sexual contact, and said assault did occur while he was committing the federal felony of sexual contact, all in violation of 18 U.S.C. §§ 113(a)(2) and 1153.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____